UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVID LOPEZ, AF9742,<br>　　　　Plaintiff,<br>　　v.<br>DR. KATHRYN RIOS, et al.,<br>　　　　Defendant(s). | Case No. 25-cv-00363-CRB  (PR)<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br>(ECF No. 19) |

　　　Good cause appearing therefor, plaintiff's motion for an extension of time (ECF No. 19) to file an opposition to defendants' motion for summary judgment is GRANTED. Plaintiff shall file an opposition by no later than February 27, 2026, and defendants shall file a reply within fourteen (14) days thereafter. No further extension of time will be granted.

　　　The clerk is directed to terminate the motion appearing on ECF as item number 19.

　　　**IT IS SO ORDERED**.

Dated: January 5, 2026

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　United States District Judge