UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL DAVID LOPEZ, AF9742,

Plaintiff,

v.

DR. KATHRYN RIOS, et al.,

Defendant(s).

Case No. 25-cv-00363-CRB  (PR)

**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME**

(ECF No. 23)

Good cause appearing therefor, plaintiff's second motion for an extension of time (ECF No. 23) to file an opposition to defendants' motion for summary judgment is GRANTED. Plaintiff shall file an opposition by no later than April 3, 2026, and defendants shall file a reply within fourteen (14) days thereafter. No further extension of time will be granted.

The clerk is directed to terminate the motion appearing on ECF as item number 23.

**IT IS SO ORDERED**.

Dated: March 16, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California