United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL DAVID LOPEZ, AF9742,

        Plaintiff,

        v.

DR. KATHRYN RIOS, et al.,

        Defendant(s).

Case No. 25-cv-00363-CRB  (PR)

**JUDGMENT**

For the reasons set forth in the accompanying order granting defendants' motion for summary judgment, judgment is entered in favor of defendant(s) and against plaintiff.

Each party to bear its own costs.

The clerk shall close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: June 2, 2026

_____

CHARLES R. BREYER
United States District Judge